# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| OTTIS TYRONE GAINER, JR., | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:14-cv-84 |
| | * | |
| v. | * | |
| | * | |
| SOCIAL SECURITY ADMINISTRATION, | * | |
| | * | |
| Defendant. | * | |

### ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Ottis Tyrone Gainer, Jr. did not file Objections. The Court **ADOPTS** the Report and Recommendation of the Magistrate Judge, dated December 7, 2015, as the opinion of the Court. The Court **AFFIRMS** the decision of the Commissioner, and **DIRECTS** The Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 14 day of January, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)